**GOTTLIEB & ASSOCIATES**
ATTORNEYS

150 E. 18ᵗʰ St., Suite PHR · New York, NY 10003
Tel (212) 228-9795 · Fax (212) 982-6284
NYJG@aol.com

July 30, 2019

**VIA ECF**

The Honorable Judge John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

**Re: Steven Matzura and On Behalf of All Other Persons Similarly Situated v.**
**Spanierman Modern LLC**
**Case No.: 1:19-cv-01249**

Dear Judge Koeltl,

        This firm represents Plaintiff Steven Matzura and On Behalf of All Other Persons
Similarly Situated ("Plaintiffs"), in the above-referenced action. We write, with Defendant's
consent, to inform you that the Parties have a settlement, in principle, and respectfully request
that Your Honor dismiss this matter with prejudice with the right to reopen in thirty days if the
Settlement Agreement is not consummated. Additionally, the parties respectfully seek to adjourn
without date the pretrial conference scheduled for August 6ᵗʰ, 2019 at 4:30 PM.

        We appreciate this Court's and Your Honor's time and attention to this matter. Thank
you for your anticipated cooperation in this matter. Should the Court have any questions, please
do not hesitate to contact the undersigned attorney.

                                                        Respectfully submitted,
                                                        GOTTLIEB & ASSOCIATES

                                                        *s/ Jeffrey M. Gottlieb*
                                                        Jeffrey M. Gottlieb

cc: All counsel of record (via ECF and email)